**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**NGOC THACH,**

      **Plaintiff,**

**v.**                           **Case No.  4:18cv341-MW/MJF**

**UNITED STATES MARSHALS
(TALLAHASSEE), et al.,**

      **Defendants.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 18.  Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** without prejudice for Plaintiff's failure to comply with two court orders."  The Clerk shall also close the file.

**SO ORDERED on November 15, 2019.**

                          **s/Mark E. Walker**
                          **Chief United States District Judge**

---

[1] Plaintiff has failed to keep the Clerk advised of his correct address as evidenced by returned mail. ECF No. 19.